Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.                    JS-6
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc., | CASE NO. 2:14-cv-06981-WDK-PLA |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MINA LIM, individually and d/b/a CASA DE DON PEDRO and JJ GRAND VISION COMPANY, an unknown business entity d/b/a CASA DE DON PEDRO |
| Mina Lim, et al, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and defendants MINA LIM individually and d/b/a CASA DE DON PEDRO and JJ GRAND VISION CORPORATION, an unknown business entity d/b/a CASA DE DON PEDRO that the above-entitled action is hereby dismissed **with prejudice** against defendants MINA LIM individually and d/b/a CASA DE DON PEDRO and JJ GRAND VISION CORPORATION, an unknown business entity d/b/a CASA DE DON PEDRO.

STIPULATION OF DISMISSAL
Case No. 2:16-cv-01183
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____          Dated: 01/25/47

**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

///

///

///

///

///

///

///

///

///

///

///